No. 26-7303

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO, *et al.*,
*Plaintiffs-Appellees*,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,
*Defendants-Appellants*.

**On Appeal from the United States District Court**
**for the Northern District of California**
No. 3:26-cv-12800
The Honorable Trina L. Thompson

# MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER ELECTION OFFICIALS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES


Maithreyi Ratakonda
Max Jordan Kober
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201

Christine P. Sun
STATES UNITED DEMOCRACY CENTER
95 Third Street, 2nd Floor
San Francisco, CA 94103

Bonnie I. Robin-Vergeer
*Counsel of Record*
STATES UNITED DEMOCRACY CENTER
1101 17th Street NW, Suite 250
Washington, DC 20036
(202) 999-9305
bonnie@statesunited.org

*Counsel for* Amici Curiae *Bipartisan Former Election Officials*

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

1. Pursuant to Federal Rule of Appellate Procedure 29(a), the former election officials listed in paragraph 3 respectfully move this Court for leave to appear as *amici curiae* and to file the proposed brief, attached hereto.

2. *Amici* are a bipartisan group of former election officials who have a strong interest in the matters addressed in this case. *Amici* are intimately familiar with the practical challenges of securing and administering free and fair elections and have collectively spent decades ensuring compliance with the federal and state laws governing our elections.

3. The proposed *amici* former election officials are: Pam Anderson, Tina Barton, Karen Brinson Bell, Kathy Boockvar, Mary Estill Buchanan, Edgardo Cortés, Joan Growe, Phil Keisling, Edward Lindsey, Patty Hansen, Kathy H. Holland, Ryan Macias, Jennifer Morrell, Tammy Patrick, Chris Piper, Miles Rapoport, Kathy Rogers, and William Senning.

4. *Amici* believe they can inform the Court about the unique harms to democracy and elections that are emerging due to Defendants' threats against state and local election officials. Their views are important to understanding the extent to which Defendants' actions are a departure from past federal practice, the severity of the current threat environment against election officials, and the practical burdens of election administration at the state and local levels.

5. All the requirements for an *amicus* brief before this Court are satisfied. The proposed brief is timely. No counsel for either party authored to proposed brief in whole or in part. No person other than *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E).

6. For the foregoing reasons, *amici* respectfully request that the Court grant leave to appear as *amici curiae* and deem the accompanying proposed brief of *amici curiae* filed.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Bonnie I. Robin-Vergeer*
Bonnie I. Robin-Vergeer
*Counsel of Record*
STATES UNITED DEMOCRACY CENTER
1101 17th Street NW, Suite 250
Washington, DC 20036
(202) 999-9305
bonnie@statesunited.org

Maithreyi Ratakonda
Max Jordan Kober
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
mai@statesunited.org
max@statesunited.org

Christine P. Sun
95 Third Street, 2nd Floor
San Francisco, CA 94103
(202) 999-9305
christine@statesunited.org

*Counsel for* Amici Curiae
*Bipartisan Former Election Officials*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. *See* Fed. R. App. P. 27(d)(1)(E), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 305 words.

Dated: November 2, 2026

*/s/ Bonnie I. Robin-Vergeer*
Bonnie I. Robin-Vergeer

*Counsel for* Amici Curiae
*Bipartisan Former Election Officials*

## CERTIFICATE OF SERVICE

I, Bonnie I. Robin-Vergeer, hereby certify that on November 2, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

Dated: November 2, 2026

*/s/ Bonnie I. Robin-Vergeer*
Bonnie I. Robin-Vergeer

*Counsel for* Amici Curiae
*Bipartisan Former Election Officials*