ALTSHULER BERZON LLP
ATTORNEYS AT LAW

177 POST ST. SUITE 300
SAN FRANCISCO, CA 94108
(415) 421-7151

350 W. COLORADO BLVD. SUITE 420
PASADENA, CA 91105
(323) 963-8693

FAX (415) 362-8064

WWW.ALTSHULERBERZON.COM

ANITA T. ALEM
JAMES BALTZER
JACQLYN BLATTEIS
HAMILTON CANDEE
MAX CARTER-OBERSTONE
EVE H. CERVANTEZ
CONNIE K. CHAN
BARBARA J. CHISHOLM
LISA DEMIDOVICH
ELIZABETH ESHLEMAN
JAMES M. FINBERG
EILEEN B. GOLDSMITH
CORINNE JOHNSON
COLIN CLEMENTE JONES
SCOTT A. KRONLAND
JONAH J. LALAS
JUHYUNG HAROLD LEE
DANIELLE E. LEONARD
JESSICA LEVY
STACEY M. LEYTON
MARISA C. LOWE
AMANDA C. LYNCH
LIREN MA
MATTHEW J. MURRAY
SOPHIA NEWMAN
ZOE PALITZ
JONATHAN ROSENTHAL
MICHAEL RUBIN
TALIA STENDER
ROBIN S. THOLIN
EMANUEL A. WADDELL
ALICE X. WANG

FRED H. ALTSHULER (1943-2024)
FOUNDING PARTNER

STEPHEN P. BERZON
FOUNDING PARTNER
PARTNER EMERITUS
SPECIAL COUNSEL

PETER D. NUSSBAUM
JEFFREY B. DEMAIN
DANIEL T. PURTELL
PARTNERS EMERITUS

ALEXANDER PECHT
FELLOW

November 2, 2026

**<u>Via ECF</u>**

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Service Emps. Int'l Union v. U.S. Dep't of Justice*, No. 26-7303 (9th Cir.)
Rule 28(j) letter re: recent developments in *United States v. California et al.*, No. 26A624

Dear Ms. Dwyer:

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiffs-Appellees submit the following notice of supplemental authority.

The Supreme Court of the United States has denied the government's application for an injunction pending appeal in *United States v. California, et al.*, No. 26A624. The federal government applied for the Supreme Court to issue a limited injunction after the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit both denied the federal government's request for preliminary relief. The Supreme Court denied the application within hours.

The Supreme Court's order is attached here as Exhibit A.

Sincerely,

/s/ Stacey Leyton

Stacey Leyton
Barbara J. Chisholm
Danielle Leonard
Connie K. Chan
Colin Clemente Jones
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
cchan@altber.com
cjones@altber.com

*Attorney for Plaintiffs-Appellees*

# Exhibit A

**(ORDER LIST: 610 U.S.)**

**MONDAY, NOVEMBER 2, 2026**

**ORDER IN PENDING CASE**

26A624 UNITED STATES V. CALIFORNIA, ET AL.

The application for injunction pending appeal presented to Justice Kagan and by her referred to the Court is denied.