FILED

NOV 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; et al.,

Plaintiffs - Appellees,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE; et al.,

Defendants - Appellants.

No. 26-7303

D.C. No.
3:26-cv-12800-TLT
Northern District of California,
San Francisco

ORDER

Any petition for panel rehearing or rehearing en banc from the panel's November 2, 2026, order is due at 9:00 p.m. Pacific Time on Monday, November 2, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT