NOT FOR PUBLICATION

FILED

NOV 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; et al.,

Plaintiffs - Appellees,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE; et al.,

Defendants - Appellants.

No. 26-7303

D.C. No.
3:26-cv-12800-TLT
Northern District of California,
San Francisco

ORDER

A judge of this Court has made a sua sponte request for an en banc vote in this case. The parties are directed to file simultaneous supplemental briefs setting forth their respective positions as to whether this case should be reheard en banc no later than 10:00 p.m. Pacific Time on Monday, November 2, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT