UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; et al.,

Plaintiffs - Appellees,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE; et al.,

Defendants - Appellants.

No. 26-7303

D.C. No.
3:26-cv-12800-TLT
Northern District of California,
San Francisco

ORDER

Defendants are directed to file a response to the petition for rehearing en banc before the full court on or before 5:00 p.m. Pacific Time on Tuesday, November 3.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT