UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 10 2026

MOLLY C. DWYER, CL
U.S. COURT OF APPEA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DOJ - UNITED STATES DEPARTMENT OF JUSTICE; et al., <br><br> Defendants - Appellants. | No. 26-7303 <br><br> D.C. No. 3:26-cv-12800-TLT <br> Northern District of California, San Francisco <br><br> ORDER |

Before: MURGUIA, Chief Judge, and GOULD, BEA, OWENS, BENNETT, MILLER, LEE, VANDYKE, H.A. THOMAS, DESAI and TUNG, Circuit Judges.

The Joint Stipulation of Dismissal is approved (Dkt. 41). The appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b)(1). The parties will bear their own attorneys' fees and costs on appeal. This order serves as the mandate of the court.